United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RICHARD L. HATFIELD,

    Debtor.
_____/

JENNIFER M. MOORE,

    Plaintiff/Appellant,

    v.

RICHARD HATFIELD, MELVIN R. SLAGER aka MELVIN R. PERSKY, SAND HILL ROAD VENTURE GROUP, SAND HILL ROAD VENTURE ONE, IP ENTERPRISES, IP ENTERPRISES PENSION FUND, ARTHUR D. SMITH, DAVID J. MILLER, ALLIANCE FINANCIAL CAPITAL, INC., a California Corporation, ALLIANCE FINANCIAL CAPITAL HOLDINGS, INC., a California corporation, ALLIANCE BUSINESS CAPITAL, INC., a Nevada corporation;

    Defendants/Appellees.
_____/

No. C 09-3818 PJH
Bankr. Case No. 08-30154 TEC
Adv. Case No. 08-3140

**ORDER**

    Since this bankruptcy appeal became fully briefed on December 8, 2009, on March 31, 2010, the bankruptcy court approved a compromise of all controversies between defendant/debtor Richard Hatfield, and plaintiff/appellant Jennifer M. Moore ("Moore"). The parties are hereby ORDERED to submit simultaneous supplemental briefs no later than **10**

1  **days** from the date of this order regarding what, if any, impact the approval of the
2  compromise has on this appeal, including whether the approval of the compromise moots
3  the issues on appeal.

5  **IT IS SO ORDERED.**
6  Dated: July 21, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge